NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CLEARVALUE, INC.,**
*Plaintiff,*

AND

**RICHARD ALAN HAASE,**
*Plaintiff-Appellant,*

v.

**PEARL RIVER POLYMERS, INC., POLYCHEMIE, INC., SNF, INC., POLYDYNE, INC., AND SNF HOLDING COMPANY,**
*Defendants-Appellees.*

---

2012-1595

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 06-CV-0197, Chief Judge Leonard Davis.

---

**ON MOTION**

---

**O R D E R**

Pearl River Polymers, Inc., et al. (Pearl River) moves the court to dismiss in part. Richard Alan Haase opposes

CLEARVALUE, INC. V. PEARL RIVER POLYMERS, INC.                    2

and moves for leave to file a sur-reply.  Haase also moves for extension of time to file his brief.

Any argument that Pearl River wishes to present regarding the frivolousness of this appeal belongs in its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  Pearl River's motion is denied.

(2)  Haase's motions are granted.  Haase's brief is due 30 days from the date of this order.  No further extensions should be anticipated.

FOR THE COURT


 /s/ Jan Horbaly

Jan Horbaly
Clerk


s26